United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA A. ROSSI**, <br>    Plaintiff, <br><br>   v. <br><br> **CISCO SYTEMS INC., ET AL.**, <br>    Defendants. | Case No.  15-cv-04519-YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** |

A compliance hearing regarding designation of the administrative record and mediation shall be held on Friday, February 26, 2016, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) the designated administrative record and identification of the parties' chosen mediator and scheduled date of mediation; or (b) a one-page joint statement setting forth an explanation for their failure to comply.  Failure to do so may result in sanctions.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: January 12, 2016

                _____
                **YVONNE GONZALEZ ROGERS**
                **UNITED STATES DISTRICT COURT JUDGE**