IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

2/23/2016

J. RUSSELL STEDMAN (SBN 117130)
PETER J. FELSENFELD (SBN 260433)
HINSHAW & CULBERTSON LLP
rstedman@mail.himshawlaw.com
pfelsenfeld@mail.hinshawlaw.com
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, CISCO SYSTEMS, INC.,
and CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA A. ROSSI,<br><br>       Plaintiff,<br><br>   vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN; CISCO SYSTEMS, INC. EMPLOYEE WELFARE PLAN; and METROPOLITAN LIFE INSURANCE CO., a New York corporation,<br><br>       Defendants. | Case No. 4:15-CV-04519 YGR<br><br>**PARTIES' STATEMENT IN RESPONSE TO ORDER SETTING COMPLIANCE HEARING**<br><br>Date:            February 26, 2016<br>Time:           9:01 AM<br>Courtroom:  One<br><br>Complaint Filed:   October 1, 2015 |

The parties have agreed to mediate with Robert Kaplan on March 31, 2016. The parties have agreed as to what constitutes the full administrative record (over 5,000 pages) but require more time to discuss and prepare a condensed designated administrative record to be filed with the Court. The parties respectfully request that the Court deem them to have complied with the Court's January 12, 2016 Order Setting Compliance Hearing, and permit the parties to file the condensed designated administrative record on or before October 4, 2016, the date for the filing of cross-motions for summary judgment under the Court's case scheduling order.

Dated:  February 19, 2016                                    HINSHAW & CULBERTSON LLP


By: */s/ J. Russell Stedman*
J. RUSSELL STEDMAN
PETER J. FELSENFELD
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY, CISCO SYSTEMS, INC.,
and CISCO SYSTEMS, INC. WELFARE
BENEFIT PLAN


Dated:  February 19, 2016                                    LAW OFFICE OF GEOFFREY V. WHITE


By: */s/ Geoffrey V. White*
GEOFFREY V. WHITE
Attorneys for Plaintiff
PATRICIA ROSSI

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Geoffrey White, counsel for Plaintiff, for the filing of this response.

/s/ J. Russell Stedman
J. RUSSELL STEDMAN