1  J. RUSSELL STEDMAN (SBN 117130)
   rstedman@mail.hinshawlaw.com
2  PETER J. FELSENFELD (SBN 260433)
   pfelsenfeld@mail.hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
4  San Francisco, CA 94111
   Telephone:    415-362-6000
5  Facsimile:    415-834-9070

6  Attorneys for Defendants METROPOLITAN LIFE INSURANCE COMPANY;
   CISCO SYSTEMS INC.; and CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN
7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11 PATRICIA A. ROSSI,                    ) Case No. 4:15-CV-04519 YGR
                                         )
12         Plaintiff,                    ) **STIPULATION OF DISMISSAL WITH**
                                         ) **PREJUDICE PURSUANT TO F.R.C.P.**
13     vs.                               ) **41(A)(1)(A)(II)**
                                         )
14 CISCO SYSTEMS, INC., a California     )
   corporation; CISCO SYSTEMS, INC. LONG-) Complaint Filed: October 1, 2015
15 TERM DISABILITY PLAN; CISCO           )
   SYSTEMS, INC. EMPLOYEE WELFARE        )
16 PLAN; and METROPOLITAN LIFE           )
   INSURANCE CO., a New York corporation,)
17                                       )
           Defendants.                   )
18                                       )

[Court stamp: GRANTED — Judge Yvonne Gonzalez Rogers — 6/2/2016 — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

---

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)
Case No. 4:15-CV-04519 YGR

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their designated counsel, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 26, 2016                                    HINSHAW & CULBERTSON LLP

By: *//s// J. Russell Stedman*
    J. RUSSELL STEDMAN
    PETER J. FELSENFELD
    Attorneys for Defendants METROPOLITAN LIFE INSURANCE COMPANY, CISCO SYSTEMS, INC.; and CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN

Dated: May 26, 2016                                    LAW OFFICE OF GEOFFREY V. WHITE

By: *//s// Geoffrey V. White*
    GEOFFREY V. WHITE
    Attorney for Plaintiff
    PATRICIA A. ROSSI

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Geoffrey v. White, Esq., counsel for Plaintiff Patricia A. Rossi, for the filing of this stipulation.

    //s// J. Russell Stedman
    J. RUSSELL STEDMAN